159 A.3d 885

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ROHAN GRANVILLE, DEFENDANT–PETITIONER.

February 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000814–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

159 A.3d 886

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ELEANOR BROWN–BILAL (A/K/A BETTY BRITT, BETTY E. BELAL–BROWN, BETTY E. BILAL–BROWN, BETTY E. BILAL, SUSAN W. BRITT, BETTY BROWN, BETTY E. BROWN, JACQUELINE BROWN, CYNTHIA HALLOWAY, SUSAN WALODE), DEFENDANT–PETITIONER.

February 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004282–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.